Dear Marie-Therese and Matt:

You asked me to provide notice of my new employment, pursuant to Section 6(c) of the Confidential and/or Proprietary Information Agreement. This is to let you know that I plan to accept a position with Polychain Capital LLC, effective August 2, 2017. Polychain Capital's address is 548 Market Street #64375, San Francisco, California. Polychain Capital manages a hedge fund that actively manages a long only portfolio of blockchain assets based upon fundamental analysis of new and existing protocols. The fund takes a long term view, and seeks to allocate capital to protocols it expects to win out over the long-term. In general, I will be responsible for managing the fund operations, including risk management, portfolio management, execution and research on new and existing protocols. I will also help in general business development, investor relations, fundraising, and business management. I will not have any responsibilities for developing quantitative analytics. I will report to Morris Olaf Carlson-Wee, who is Chief Executive Office and Chief Investment Officer. His phone number is 952-797-4796.

Regards,

*[signature]*

Chase Lochmiller
7/27/2017

**EXHIBIT 2**