# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JUMP OPERATIONS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>CHASE LOCHMILLER,<br><br>        Defendant. | Case No. 17 cv 5614 |

## CORPORATE DISCLOSURE STATEMENT OF
## <u>JUMP OPERATIONS, LLC</u>

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Jump Operations, LLC states as follows:

1. Jump Financial, LLC is the parent company of Jump Operations, LLC.

2. No publicly held corporation owns 10% or more of Jump Operations, LLC's stock.

3. Jump Operations, LLC does not have any publicly held affiliates, as that term is defined in Local Rule 3.2.

Dated: August 1, 2017                           Respectfully submitted,

                                                       /s/Chris Gair
                                                       Chris Gair (ARDC # 6190781)
                                                       Thomas R. Heisler (ARDC # 6296712)
                                                       Gair Eberhard Nelson Dedinas Ltd
                                                       1 East Wacker Drive, Suite 2600
                                                       Chicago, IL 60601
                                                       (312) 600-4900