**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JUMP OPERATIONS, LLC, | |
| Plaintiff, | Case No. 17 cv 5614 |
| v. | Honorable Harry D. Leinenweber |
| CHASE LOCHMILLER, | |
| Defendant. | |

**<u>NOTICE OF DISMISSAL</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jump Operations, LLC ("Jump"), by and through its counsel, Gair Eberhard Nelson Dedinas Ltd., hereby gives notice that the parties have settled all claims and that, therefore, Plaintiff voluntarily dismisses the above-captioned action against Defendant, Chase Lochmiller, with prejudice. Each party shall bear its own costs and attorneys' fees. The Court shall retain jurisdiction to enforce the parties' settlement agreement.

Dated: August 14, 2017

Respectfully Submitted,

Jump Operations, LLC

*/s/ Chris Gair*
Chris Gair (ARDC # 6190781)
Thomas R. Heisler (ARDC # 6296712)
Gair Eberhard Nelson Dedinas Ltd
1 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 600-4900