# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Jump Operations, LLC

                        Plaintiff,

v.                                                   Case No.: 1:17–cv–05614
                                                  Honorable Harry D. Leinenweber

Chase Lochmiller

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 25, 2017:

      MINUTE entry before the Honorable Harry D. Leinenweber:Cause voluntarily dismissed by plaintiff, pursuant to FRCP 41(a)(1)(A)(i).Civil case terminated. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.